David Hirson (California Bar #91507)
Evelyn Hahn (California Bar # 285846)
Megan Guzman (California Bar #316716)
mguzman@hirson.com
David Hirson and Partners, LLP
1122 Bristol Street, Floor 1
Costa Mesa, CA 92626
Telephone: (949) 383-5358
Facsimile: (949) 383-5368
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY CO. & Mohita YALAMANCHI, <br><br>　　　　　　Plaintiffs, <br><br>　vs. <br><br>Kathy A. BARAN, in her Official Capacity, Director of the California Service Center, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security; <br><br>L. Francis CISSNA, in his Official Capacity, Director, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security; and <br><br>Kevin M. MCALEENAN, in his Official Capacity, Acting Secretary, U.S. Department of Homeland Security <br><br>　　　　　　Defendants. | Case No.: 5:19-cv-00871 <br><br>**PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** <br><br>Immigration Case, Administrative Procedure Act Case |

---

Ex Parte Application for TRO/PI　　　　　　　　　　　　　　　　Case No. 5:19-cv-00871

In accordance with Rule 65(b) of the Federal Rules of Civil Procedure and Local Rule 65-1, Plaintiffs move this Court for an order compelling the Defendants, Department of Homeland Security ("DHS") and United States Citizenship and Immigration Services ("USCIS"), to postpone the effectiveness of the denial of Petitioner's, Monster Energy Co., Petition for Nonimmigrant Worker (Form I-129), otherwise known as an H-1B Petition, filed on behalf of their employee, Ms. Mohita Yalamanchi, as well as the concurrent request for extension of status. Plaintiffs request that the postponement be applied retroactively to the date of the denial – April 1, 2019.

In support of this motion, please review the reasons outlined in the accompanying memorandum of points and authorities. This motion is supported by the attached Declaration of Evelyn Hahn in Support of Ex Parte Motion for Temporary Restraining Order and Motion for Preliminary Injunction and the attached Exhibits that reflect the Administrative Record in the case before USCIS. As set forth in Plaintiffs' Points and Authorities in support of this Motion, Plaintiffs raise that it merits both a temporary restraining order and a preliminary injunction.

WHEREFORE, Plaintiffs pray that this Court grant its request for a temporary restraining order and a preliminary injunction compelling USCIS to postpone the effectiveness of the denial of Plaintiff's Form I-129 filed on behalf of Ms. Mohita Yalamanchi and the concurrent application for extension of status, and that the stay apply retroactively to the April 1, 2019.

Dated: May 8, 2019

Respectfully submitted,

*s/ Megan Guzman*

Megan Guzman

David Hirson

Evelyn Hahn

Attorneys for Plaintiffs