UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.   EDCV19-00871-JGB(KKx)                               Date   May 21, 2019

Title   Monster Energy Co. & Mohita Yalamanchi v. Kathy A. Baran, et al

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Adele C. Frazier |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| David Hirson | David E. Pinchas |
| Evelyn Love Hahn | |
| Megan Nicole Guzman | |

**Proceedings:   Ex Parte Application for Temporary Restraining Order  (Doc. No. 6)**

Counsel make their appearances.  The Court hears oral argument on Plaintiffs' Ex Parte Application for a Temporary Restraining Order.  The Court grants the request.

IT IS HEREBY ORDERED that Defendants immediately postpone the effects of the denial of the Petition for Nonimmigrant Worker (Form I-129, H-1B Petition) and concurrent extension of status filed by Monster Energy Co. on behalf of Ms. Mohita Yalamanchi, retroactive to the date of denial on April 1, 2019.  This order remains in effect until a full hearing for determination of the Order to Show Cause Why a Preliminary Injunction Should Not Issue.

IT IS FURTHER ORDERED that the parties shall appear at **10:00 a.m. on June 14, 2019**, before the Honorable Jesus G. Bernal in Courtroom 1, located at 3470 Twelfth Street, Riverside, CA 92501, for a hearing to show cause why Defendants should not be preliminary enjoined from postponing the effect of the denial of the H-1B petition and concurrent application for extension of status during the pendency of the proceedings.   Plaintiff's Brief shall be filed by May 27, 2019.   Defendant's Opposition shall be filed by June 3, 2019.  Reply, if any, shall be filed by June 7, 2019.  In addition to argument typical of preliminary injunctions, briefs should address what was submitted in support of Yalamanchi's previously approved H-1B petitions, the standard for review for Yalamanchi's H-1B petitions and whether/how it has changed since her previously approved petitions, and any USCIS policy changes affecting adjudication of H-1B petitions.

IT IS SO ORDERED.