David Hirson (California Bar #91507)
Evelyn Hahn (California Bar # 285846)
Megan Guzman (California Bar #316716)
mguzman@hirson.com
David Hirson and Partners, LLP
1122 Bristol Street, Floor 1
Costa Mesa, CA 92626
Telephone: (949) 383-5358
Facsimile: (949) 383-5368
Attorneys for Plaintiff

JS-6
(Admin Close)

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| MONSTER ENGERY CO., et al., | Case No.: 5:19-cv-00871 JGB (KKx) |
|---|---|
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION REQUESTING STAY OF PROCEEDINGS** |
| vs. | |
| Kathy A. BARAN, et al., | Immigration Case, Administrative Procedure Act Case |
| Defendants. | |

Upon consideration of the Joint Stipulation Requesting Stay of Proceedings (the "Stipulation"), the Court's records and files of the case, and for good cause shown, the Court hereby orders as follows:

1. The Stipulation is GRANTED;
2. All litigation in this case, including all briefing deadlines, is STAYED until a new, final decision has been made on both Plaintiffs' H-1B Petition and Request for Extension.
3. Plaintiffs request for Preliminary Injunction before this Court is WITHDRAWN, and the hearing presently scheduled for Friday, June 14, 2019 at 10:00 AM is VACATED.
4. Plaintiffs shall have until August 25, 2019 (87 days from the date of the request) to respond to USCIS's new Request for Evidence dated May 30, 2019.
5. Defendants shall have 180 days from the date Plaintiffs' new response is received to issue a decision on the H-1B Petition and request for extension.
6. Within 30 days of a final agency action, the Parties shall notify the Court through a status report and take further action as is necessary.

**IT IS SO ORDERED.**

Dated: June 10, 2019

Hon. Jesus G. Bernal
United States District Judge